LORENZO DWAYNE JONES
S·P·N #00406866
CELL: 2-F-1
1200 BAKER STREET

TDCJ-ID/SID NUMBER
02926020
DATE: 9-28-15

83,826·01

P,1

TR. CT. NO. 1388256-A     WR-83,826-01

ATTENTION CLERK: ABEL ACOSTA

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 30 2015

Abel Acosta, Clerk

I RECEIVED A CARD FROM THE COURT OF CRIMINAL APPEALS OF TEXAS WITH OFFICIAL NOTICE 9-16-15 ADVISING ME THAT MY APPLICATION FOR WRIT OF HABEAS CORPUS HAS BEEN DISMISSED, CONVICTION NOT FINAL: MANDATE NOT ISSUED AT TIME APPLICATION FILED IN TRIAL COURT, SEE EXPARTE JOHNSON, 12 S.W.3d 472 (TEX. CRIM. APP. 2000). WHILE AT THE SAME TIME ON THE APPLICATION FORM ARTICLE 11.07 IN THE INSTRUCTIONS IN NUMBER (7) IT STATES DO NOT CITE CASES OR OTHER LAW IN THIS APPLICATION FORM. DO NOT MAKE LEGAL ARGUMENTS IN THIS FORM, LEGAL CITATIONS AND ARGUMENTS MAY BE MADE IN A SEPARATE MEMORANDUM. THIS IS VERY CONFUSING AND CONTRADICTING AS WELL. MY PREVIOUS APPEAL LAWYER WAS ONLY ALLOWED AND PAID TO CONTINUE WITH MY CASE THROUGH THE FOURTEENTH COURT OF APPEAL PROCESS AND WAS NOT ALLOWED TO CON-TINUE AS MY APPEAL LAWYER THROUGH THE COMPLETE APPEALS PROCESS. I AM NO LAWYER BUT I AM TRYING TO HANDLE THIS CASE AS BEST I KNOW HOW. I HAVE ASKED THE PARA LEGAL IN THE LAW LIBRARY FOR HELP AND WHAT I NEED TO DO TO PROCEED WITH THIS

P.11 CONTINUE:

APPEALS PROCESS. SHE SAID SHE DON'T KNOW ANYTHING ABOUT APPEALS AND NEITHER DO I. IF IT IS AT ALL POSSIBLE AND LEGAL CAN YOU INFORM ME ON WHAT I SHOULD AND NEED TO DO AT THIS POINT IN THE APPEALS PROCESS. I'AM CONTEMPLATING FILLING OUT ANOTHER WRIT OF HABEAS CORPUS FORM ARTICLE 11.07 AND SENDING A SEPARATE MEMORANDUM MANDATE ALONG WITH IT TO BE FILED IN THE TRIAL COURT. I DON'T KNOW IF THAT IS WHAT THE APPEALS COURT ~~WANT A~~ WANTS ME TO DO. I DON'T KNOW IF THERE IS A TIME LIMITE ON RE FILING OR WHAT I NEED TO DO AT THIS POINT IN MY APPEALS PROCESS. YOUR HELP WILL BE DEEPLY ~~APRECIATED~~ APPRECIATED AND I WILL BE GRATEFUL FOR ANY AND THE HELP AND ADVISE THAT CAN GIVE ME. THANK YOU FOR YOUR TIME AND COOPERATION CONCERNING THIS MATTER, MAY GOD CONTINUE TO BLESS AND KEEP YOU ALWAYS.

SINCERELY, TRUE

Lorenzo D. Jones